# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERESY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Criminal No.: 3:10-cr-00696-GEB |
| Plaintiff, : | |
| v. : | |
| FRANK COTRONEO, : | **CONSENT ORDER** |
| Defendant. : | |

**THIS MATTER** having been opened to the Court by Howard B. Brownstein, Attorney for Frank Cotroneo asking for an Order amending the defendant's bail to the conditions below, Dustin Chao, AUSA and Mertice Evans, United States Pretrial Services consenting thereto, and for good cause shown;

IT IS on this ___9th___ day of ___February___, 2011

**ORDERED** that the judgment against Frank Cotroneo be removed; and it is further

**ORDERED** that Mr. Cotroneo will be released on his own Recognized; and it is further

**ORDERED** that on Friday, February 11, 2011 a new judgment will be placed on Mr. Cotroneo in the amount of one hundred thousand dollars, ($100,000.00); and it is further

**ORDERED** all other conditions of bail will remain the same.

GARRETT E. BROWN, U.S.D.J.